IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN BOSSERT, | 3:11-cv-03044-AC |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MAX WILLIAMS, MICHAEL F. GOWER, JANA RUSSELL, AND RICHARD HARRIS, | |
| Defendants. | |

Based upon the Court's Order (#175) issued July 8, 2013, denying Plaintiff's Motion to Amend and the Court's Order (#177) issued August 9, 2013, granting Defendants' Motion for Judgment on the Pleadings, the Court **DISMISSES** this matter **with prejudice**.

Dated this 14th day of August, 2013.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL